Clm

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M. CAMERON KENNY, ESQ.,

                MEMORANDUM AND ORDER

              Plaintiff,                CV 05-6112

    -against-                     (Wexler, J.)

COUNTY OF SUFFOLK,

              Defendant.
------------------------------------------------------------X
APPEARANCES:

    VINCENT E. BAUER, ESQ.
    Attorney for Plaintiff
    475 Park Avenue South
    New York, New York 10016

    PUTNEY, TWOMBLY, HALL & HIRSON LLP
    BY: MARY ELLEN DONNELLY, ESQ.
    Attorney for Defendant
    521 Fifth Avenue
    New York, New York 10175

WEXLER, District Judge

    The Clerk of the Court is directed to re-assign this case at random to a different District Judge. Defendant's pending motion to dismiss is denied without prejudice to renewal before the newly assigned judge. The Clerk of the Court is directed to terminate the pending motion to dismiss.

    SO ORDERED.

                                        LEONARD D. WEXLER
                                        UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       September 12, 2006